UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE HUGHEY, CDCR #E-95781,<br><br>        Plaintiff,<br><br>vs.<br><br>SCOTT KERNAN, Secretary at CDCR,<br>        Defendant. | Case No.: 18-cv-313-WQH-BGS<br><br>**ORDER** |

HAYES, Judge:

   On April 15, 2022, Plaintiff Freddie Hughey, proceeding pro se and incarcerated at Richard J. Donovan Correctional Facility in San Diego, California, filed a letter requesting that the Court "remove" from his prison trust account the $350 filing fee related to the above-captioned action and a $10,000 restitution fine imposed by a California state court. (ECF No. 17 at 2). As the Court explained in the May 21, 2018 Order granting Plaintiff's Motion to Proceed *In Forma Pauperis*, the $350 filing fee required by 28 U.S.C. § 1914 is required to be paid pursuant to the payment provisions set forth in 28 U.S.C. § 1915(b)(1). (ECF No. 4 at 2-3). Section 1915(b) does not grant a court discretion to "remove" the filing fee from a prison trust account. *See* 28 U.S.C. § 1915(b)(1) ("[I]f a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner *shall* be required to pay the full amount of a filing fee.") (emphasis added); *see also Taylor v. Delatoore*, 281 F.3d 844, 851 (9th Cir. 2002) (holding that § 1915(b) is constitutional).

Similarly, this Court has no authority to "remove" the $10,000 restitution fine imposed by the California state court. In his Complaint filed in this Court, Plaintiff claimed that he was entitled to early parole consideration and did not seek any relief related to the $10,000 restitution fine. On March 5, 2019, Judgment was entered in favor of Defendant in this case and, accordingly, the time for Plaintiff to amend his pleadings to add a claim related to the restitution fine has expired. If Plaintiff wishes to challenge or otherwise "remove" the fine, he must file a new action in the appropriate court.

IT IS HEREBY ORDERED that Plaintiff's request to remove the $350 filing fee and $10,000 restitution fine from his prison trust account is denied. This case remains closed.

Dated: May 9, 2022

Hon. William Q. Hayes
United States District Court